1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN M. HANNA,                              No.  2:21-cv-02240-DAD-DMC (PC)

12                    Plaintiff,

13          v.                                       ORDER ADOPTING FINDINGS AND
                                                     RECOMMENDATIONS AND GRANTING
14    AMMERMAN, et al.,                              DEFENDANTS' MOTION TO DISMISS THIS
                                                     ACTION
15                    Defendants.
                                                     (Doc. Nos. 18, 22)
16

17          Plaintiff Steven M. Hanna is a county jail inmate proceeding *pro se* and *in forma pauperis*

18    in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a

19    United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On November 2, 2022, the assigned magistrate judge issued findings and

21    recommendations recommending that defendants' unopposed motion to dismiss this action (Doc.

22    No. 18) be granted.  (Doc. No. 22.)  Those findings and recommendations were served on the

23    parties and contained notice that any objections thereto were to be filed within fourteen (14) days

24    from the date of service.  (*Id.* at 5.)  To date, no objections to the pending findings and

25    recommendations have been filed, and the time in which to do so has now passed.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

27    *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

28    findings and recommendations are supported by the record and by proper analysis.

                                                    1

Accordingly,

1.      The findings and recommendations issued on November 2, 2022 (Doc. No. 22) are

         adopted in full;

2.      Defendants' motion to dismiss (Doc. No. 18) is granted;

3.      This action is dismissed, without leave to amend; and

4.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **January 4, 2023**                     _____

                                                    UNITED STATES DISTRICT JUDGE

2